846 A.2d 1242

IN THE MATTER OF JOSEPH R. D'ANDREA, AN ATTORNEY AT LAW (ATTORNEY NO. 012581985).

May 7, 2004.

# ORDER

**JOSEPH R. D'ANDREA** of **SCRANTON, PENNSYLVANIA,** who was admitted to the bar of this State in 1987, having pleaded guilty to a federal information filed in the United States District Court for the Middle District of Pennsylvania charging him with willfully subscribing to a false 1995 federal income tax return, in violation of 26 *U.S.C.A.* 7206(1), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSEPH R. D'ANDREA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him,

effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOSEPH R. D'ANDREA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH R. D'ANDREA** comply with *Rule* 1:20–20 dealing with suspended attorneys.